LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*
*GC Services Limited Partnership*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendants. | Case No.: 2:21-cv-00628-JCM-DJA<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT GC SERVICES LIMITED PARTNERSHIP'S TO RESPOND TO COMPLAINT [ECF NO. 1]** |

Plaintiff Jennifer Chavez, by and through her attorneys. KRIEGER LAW GROUP, LLC, and Defendant GC Services Limited Partnership, by and through its attorneys, LIPSON NEILSON P.C., agree and stipulate that Defendant has to and including Wednesday, June 30, 2021, to file a response to Complaint [ECF No. 1].

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that the parties are engaged in settlement discussions and that in view of the possibility of settlement of this case, there is good cause to extend. The parties have entered into

/ / /

/ / /

/ / /

- 1 -

this agreement in good faith and not for purposes of delay. This request will not cause any prejudice to the parties in this matter.

**IT IS SO STIPULATED.**

| Dated: May 11, 2021. | Dated: May 11, 2021 |
|---|---|
| KRIEGER LAW GROUP, LLC | LIPSON NEILSON P.C. |
| By: */s/ Shawn Miller*<br>DAVID KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>SHAWN MILLER, ESQ.<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, NV 89052<br>(702) 848-3855<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff* | By: */s/ Jessica A. Green*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500<br>jgarin@lipsonneilson.com<br>jgreen@lipsonneilson.com<br><br>*Attorneys for Defendant*<br>*GC Services Limited Partnership* |

**ORDER**

Based on the foregoing stipulation of the parties,

**IT IS SO ORDERED.**

Dated: May 12, 2021

_____
UNITED STATES MAGISTRATE JUDGE